## STATE *v.* NORRIS

[No. 119, September Term, 1964.]

*Decided January 7, 1965.*

The cause was argued before PRESCOTT, C. J., and HORNEY, MARBURY, SYBERT and OPPENHEIMER, JJ.

*Fred Oken, Assistant Attorney General,* with whom were *Thomas B. Finan, Attorney General, Frank H. Newell, III, State's Attorney,* and *Austin W. Brizendine, Assistant State's Attorney,* respectively, *for Baltimore County,* on the brief, for appellant.

*W. Giles Parker,* with whom was *Alan H. Murrell* on the brief, for appellee.

PER CURIAM.

This is a companion case to *State v. Comes,* 237 Md. 271. The cases were argued together; the facts being almost identical. The same principles of law involved there are involved here.

For the reasons stated in *Comes,* the order of the trial judge dismissing the indictments herein must be affirmed.

> *Order affirmed; costs to be paid by the County Council of Baltimore County.*